## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHOLAM WEISS a/k/a SHOLEM WEISS, Individually and as Custodian or Administrator for ABRAHAM WEISS, ISAAC WEISS, JOEL WEISS, BORUCH WEISS, YOEL WEISS, CHAIM WEISS, NACHMAN WEISS, and GOLDY FEIG,<br><br>    Petitioner,<br><br>    v.<br><br>JUDA LEFKOWITZ a/k/a CHAIM LEFKOWITZ and SURIE LEFKOWITZ a/k/a SURA LEFKOWITZ, Individually and as Trustees of JUDA AND SURIE LEFKOWITZ 2016 JOINT REVOCABLE TRUST; 3920 15 AVENUE LLC; 4002 15 AVENUE LLC; and 2389 CONEY ISLAND LLC,<br><br>    Respondents. | Case. No. 7:24-cv-06046-PMH<br><br><br>**NOTICE OF MOTION<br>TO REMAND** |

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. § 1447, Petitioner will move this Court, at the United States Courthouse for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601, at a time and date to be set by the Court pursuant to the Order dated August 13, 2024 and entered at ECF Dkt. No. 12, for an order remanding this special proceeding to the Supreme Court of the State of New York, County of Rockland, and for leave to file a fee application for its costs and fees incurred by the removal of this proceeding to this Court.

**PLEASE TAKE FURTHER NOTICE** that pursuant to this Court's Order at ECF Dkt. No. 12, answering papers, if any, are due August 27, 2024, and there shall be no reply briefs permitted, unless the Court directs otherwise.

Dated: August 20, 2024
        New York, New York

BOCHNER PLLC

*/s/ Jeremy M. Doberman*
Jeremy M. Doberman, Esq.
Isaac M. Diskind, Esq.
1040 Avenue of the Americas, 15 Fl.
New York, NY 10018
(646) 971-0685
jeremy@bochner.law
isaac@bochner.law

*Attorneys for Petitioner*


ABRAMS FENSTERMAN, LLP

*/s/ Albert J. Pirro, Jr.*
Albert J. Pirro, Jr., Esq.
Daniel S. Alter, Esq.
81 Main Street, Suite 400
White Plains, NY 10601
(914) 607-7010
apirro@abramslaw.com
dalter@abramslaw.com

*Co-Counsel for Petitioner*