UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHALOM WEISS,

               Plaintiff,

        v.

JUDA LEFKOWITZ *and* SURIE LEFKOWITZ

              Defendants.

No. 24-cv-6046 (KMK)

SCHEDULING ORDER

KENNETH M. KARAS, United States District Judge:

     The hearing on Petitioner's Motion to Remand, (Dkt. No. 15), will be held on March 12, 2025, at 2 p.m. in Courtroom 521 at 300 Quarropas Street, White Plains, New York, 10601.

SO ORDERED.

DATED:    February 7, 2025
             White Plains, New York

                                                  KENNETH M. KARAS
                                                  UNITED STATES DISTRICT JUDGE