UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
SHOLAM WEISS a/k/a SHOLEM WEISS,                : Case No.: 7:24-cv-06046-KMK
Individually and as Custodian or Administrator  :
for ABRAHAM WEISS, ISAAC WEISS, JOEL            : Civil Action
WEISS, BORUCH WEISS, YOEL WEISS,                :
CHAIM WEISS, NACHMAN WEISS, and                 :
GOLDY FEIG,                                     :
                                                :
        Petitioner,                             :
                                                :
        -against-                              :
                                                :
JUDA LEFKOWITZ a/k/a CHAIM LEFKOWITZ            :
and SURIE LEFKOWITZ a/k/a SURA                  :   **STIPULATION OF**
LEFKOWITZ, Individually and as Trustees of      :   **DISMISSAL**
JUDA AND SURIE LEFKOWITZ 2016 JOINT             :   **WITHOUT PREJUDICE**
REVOCABLE TRUST; 3920 15 AVENUE LLC;            :
2005 15 AVENUE LLC; and 2389 CONEY              :
ISLAND LLC,                                     :
                                                :
        Respondents.                            :
-----------------------------------------------------------------x

**IT IS HEREBY STIPULATED AND AGREED,** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and between the undersigned, the attorneys of record for Petitioner and Respondents in the above-captioned special proceeding, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of this special proceeding, the undersigned hereby agree to the dismissal of this proceeding without prejudice and without fees or costs.

1

Dated: February 28, 2025

COVINGTON & BURLING LLP
*Attorneys for Respondents*

_____
By: Alan Vinegrad, Esq.
620 Eighth Avenue
New York, New York 10018
avinegrad@cov.com

BOCHNER PLLC
*Attorneys for Petitioner*

_____
By: Isaac M. Diskind, Esq.
1040 Avenue of the Americas, 15th Floor
New York, New York 10018
isaac@bochner.law

2